JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR MYERS,<br>Plaintiff,<br>vs.<br>1SHOT AUTOBODY LLC; PLD PROPERTIES, LLC; and DOES 1 to 10,<br>Defendants. | **Case No.: 2:26-cv-03696 -MWF(AYPx)**<br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

The Court has considered the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket No. 25). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: July 16, 2026

MICHAEL W. FITZGERALD
United States District Judge